| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Chicago Photography Center NFP** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-0259043** |
| **4.** | **Debtor's address** | **Principal place of business** **621 West Belmont Avenue** **Chicago, IL 60657** Number, Street, City, State & ZIP Code  **Cook** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.chicagophoto.org** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership ☐ Other. Specify: _____ |

Debtor **Chicago Photography Center NFP** _____ Case number (*if known*) _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

__6116__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

Debtor **Chicago Photography Center NFP** _____   Case number (*if known*)_____
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Chicago Photography Center NFP**  
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  5, 2016**
              MM / DD / YYYY

**X** **/s/ Steven Gross**                          **Steven Gross**
Signature of authorized representative of debtor    Printed name

Title   **Co-President**

**18. Signature of attorney**

**X** **/s/ Elizabeth L. Janczak**        Date **February  5, 2016**
Signature of attorney for debtor               MM / DD / YYYY

**Elizabeth L. Janczak**
Printed name

**Freeborn & Peters LLP**
Firm name

**311 South Wacker Drive**
**Suite 3000**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 360-6000**     Email address

Bar number and State

**RESOLUTION AUTHORIZING FILING OF
CHAPTER 7 BANKRUPTCY PETITION BY
CHICAGO PHOTOGRAPHY CENTER NFP**

The undersigned, being all the members of the Board of Directors of Chicago Photography Center NFP, an Illinois nor-for-profit corporation (the "*Company*"), acting pursuant to Section 108.45 of the Illinois General Not For Profit Corporation Act of 1986, do hereby consent to the adoption of and adopt as binding resolutions of the Company the following resolutions which, in the judgment of the undersigned, are desirable and in the best interests of the Company:

RESOLVED that it is appropriate for the Company to file for bankruptcy liquidation under Chapter 7 of Title 11 of the United States Code (the "*Bankruptcy Code*"), and it is in the best interests of the Company to file a voluntary petition under Chapter 7 of the Bankruptcy Code; and

RESOLVED further that Steven Gross is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois; and

RESOLVED further that the Company is authorized to engage and retain the law firm of Freeborn & Peters LLP ("*F&P*") on behalf of the Company on all matters related to its Chapter 7 case, including the filing of all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action which it deems necessary, proper, or desirable in connection with the Chapter 7 case; and

RESOLVED further, that all acts and deeds heretofore taken by any member of the Board of the Company, for and on behalf of the Company, in entering into, executing, acknowledging or attesting any arrangements, agreements, instruments or documents, or in carrying out the terms and intentions of the foregoing resolutions, are hereby ratified, approved and confirmed in all respects; and

RESOLVED further, that this Consent may be executed in separate counterparts and by facsimile, pdf or tif signature, each of which is deemed to be an original and all of which taken together constitute one and the same Consent.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company, have executed this Unanimous Written Consent and direct that the executed copy thereof be filed with the corporate records of the Company, effective as of the ___13th___ day of ___January___, 201_6_.

Name: _C. Osgood_  
Name: _Steven E. Gross_  
Name: _SHANNON AQUINO_  
Name: _Elizabeth G. Lent_  
Name: _CRAIG DUFF_  
Name: _Will Knight_  
Name: _Tyler Franco_  
Name: _____

Being All of the Members of the  
Board of Directors of  
Chicago Photography Center NFP,  
an Illinois not-for-profit corporation

3493511v1/99900-0275

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Chicago Photography Center NFP**  
Debtor(s)

Case No.  
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **23**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 5, 2016**

**/s/ Steven Gross**  
**Steven Gross**/**Co-President**  
Signer/Title

.

Aaron Owens
1232 N. LaSalle
Chicago, IL 60610

Abbi Sims
PO Box 93
Lockbourne, OH 43137

Alletta Ergun
1910 W. Winnemac Ave. #3
Chicago, IL 60640

FedEx
Dept CH
PO Box 10306
Palatine, IL 60055

Friends of the CPC LLC
c/o Earl L. Simon
4709 Golf Road #475
Skokie, IL 60076

Garry Rosenfeldt
1335 Larchmont
Buffalo Grove, IL 60089

Halemah Ibrahim
7821 S. Moody
Burbank, IL 60459

Jonni Hegenderfer
3961 Fairview
Downers Grove, IL 60515

Karen Sanders
6347 N. Kildare Ave.
Chicago, IL 60646

Kerry Lehmann
5555 N. Sheridan Rd.
Apt. 508
Chicago, IL 60640

Kevin Diaz
846 W. Lakeside #3W
Chicago, IL 60640


Kwabena Kumi
810 W. Grace St.
Chicago, IL 60613


Laura Hamm
2000 Seward St.
Evanston, IL 60202


Lydia Hoover
716 W. Briar Place 3
Chicago, IL 60657


Malcolm Rothman
3900 North Lake Shore Dr., 2E
Chicago, IL 60613


Nalleli Lopez
134 S. Ridgeland Ave.
Chicago, IL 60640


Neal Bullock
25023 Round Barn Rd.
Plainfield, IL 60685


Patti Renda
3548 W. Belle Plaine Ave. #2
Chicago, IL 60618


Rebecca Lomax
2318 N. Sacramento Ave.
Chicago, IL 60647


Ree Char
4012 Heron Court
Naperville, IL 60564


Richard Trotter
4626 N. Magnolia Ave. #317
Chicago, IL 60647

```
Ron Coil
3759 N. Ravenswood Ave.
Suite 230
Chicago, IL 60613


Shruti Sharma
128 S. Aberdeen St., Unit 4S
Chicago, IL 60607
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Chicago Photography Center NFP**                              Case No.
Debtor(s)                                                              Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Chicago Photography Center NFP**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 5, 2016** | **/s/ Elizabeth L. Janczak** |
| Date | **Elizabeth L. Janczak** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Chicago Photography Center NFP** |
| | **Freeborn & Peters LLP** |
| | **311 South Wacker Drive** |
| | **Suite 3000** |
| | **Chicago, IL 60606** |
| | **(312) 360-6000 Fax:(312) 360-6520** |